JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ed Hull,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Florentino C. Apeles, co-Trustee of the F&A Apeles Revocable Trust dated March 22, 1989; Agnes L. Apeles, co-Trustee of the F&A Apeles Revocable Trust dated March 22, 1989; and Does 1-10,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-07185-JFW-PVCx<br><br>*Hon. John F. Walter*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: August 10, 2020<br>Trial Date:　Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ed Hull's ("Plaintiff") action against Defendants Florentino C. Apeles, co-Trustee of the F&A Apeles Revocable Trust dated March 22, 1989; Agnes L. Apeles, co-Trustee of the F&A Apeles Revocable Trust dated March 22, 1989; ("Defendants") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: September 2, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge